IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
8:18-cv-00558-RFR-SMB

| | |
|---|---|
| **MARSHA LADUE**, Individually and as Executrix of the Estate of **MARC J. LADUE**, Deceased, and on behalf of all Wrongful Death Beneficiaries,<br><br>    Plaintiffs,<br><br>v.<br><br>**AMERICAN HONDA MOTOR COMPANY, INC.**, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION FOR DISMISSAL OF DEFENDANT
## AMERICAN HONDA MOTOR CO., INC. WITH PREJUDICE

COME NOW the parties hereto, by and through their attorneys of record, and hereby stipulate and agree that Defendant American Honda Motor Co., Inc. (erroneously sued herein as "American Honda Motor Company, Inc.") shall be dismissed with prejudice. Each party to pay their own costs, complete record waived.

Dated this 10th day of June, 2021.

                                               **ATTORNEYS FOR PLAINTIFFS**

                                             */s/ Frank J. Wathen*
                                             Frank J. Wathen *(Pro Hac Vice)*
                                             Texas Bar No. 20920010
                                             SIMON GREENSTONE PANATIER, PC
                                             1201 Elm Street, Suite 3400
                                             Dallas, TX 75270
                                             214-276-7680
                                             fwathen@sgptrial.com

                                             and

/s/ *Jason G. Ausman*
Jason G. Ausman, #22261
Michelle D. Epstein, #21936 (Resident Attorney)
AUSMAN LAW FIRM
9850 Nicholas Street, Suite 305
Omaha, NE  681145
402-933-8150
jausman@ausmanlawfirm.com
michelle@ausmanlawfirm.com


**ATTORNEYS FOR DEFENDANT AMERICAN HONDA MOTOR CO., INC.**

/s/ *Robert M. Livingston*
Robert M. Livingston
William R. Hughes, Jr.
STUART, TINLEY LAW FIRM
310 W. Kanesville Blvd., Suite 2nd Floor
Council Bluffs, IA 51503
712-322-4033
livingston.robert@stuarttinley.com
hughes.william@stuarttinley.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2021, the foregoing was served via CM/ECF filing upon all counsel of record in the above-referenced matter.


/s/ *Frank J. Wathen*
Frank J. Wathen